**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| South Carolina Coastal Conservation League, *et al.*, | ) ) ) | C/A No.: 2:20-cv-1687 DCN |
| Plaintiffs, | ) ) ) | **ORDER** |
| -vs- | ) ) ) | |
| Andrew R. Wheeler, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

This matter is before the court upon proposed intervenor-defendants' motion to intervene in the above referenced case. This motion was filed on May 28, 2020. The court is informed that plaintiffs and federal defendants do not oppose this motion. It is therefore

**ORDERED,** that the motion to intervene is **GRANTED**. The American Farm Bureau Federation, American Petroleum Institute, American Road and Transportation Builders Association, Chamber of Commerce of the United States of America, Edison Electric Institute, Leading Builders of America, National Alliance of Forest Owners, National Association of Home Builders, National Cattlemen's Beef Association, National Corn Growers Association, National Mining Association, National Pork Producers Council, National Stone Sand and Gravel Association, North Carolina Farm Bureau, Public Lands Council, South Carolina Farm Bureau, and U.S. Poultry & Egg Association are allowed to intervene in this civil action as defendants.

**AND IT IS SO ORDERED**.

June 11, 2020
Charleston, South Carolina

David C. Norton
United States District Judge