# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW R. WHEELER, *et al.*, <br><br> Defendants, <br><br> AMERICAN FARM BUREAU FEDERATION, *et al.*, <br><br> Intervenor-Defendants. | Case No. 2:20-cv-01687-DCN |

## ORDER

Upon consideration of the parties' Consent Motion for Modification of Briefing Schedule and Increase in Page Limits for Motion(s) for Summary Judgment, and good cause appearing therefore, IT IS HEREBY ORDERED that the motion is GRANTED.

1. Plaintiffs shall file their motion for summary judgment on or before July 10, 2020, with supporting memoranda not to exceed 45 pages.

2. Defendants and Intervenor-Defendants shall each file a combined response and any cross-motion for summary judgment on or before August 24, 2020. The two combined response/summary judgment memoranda shall be no more than 45 pages each.

3. Plaintiffs shall file combined replies in support of summary judgment and responses to any cross-motions for summary judgment by September 21, 2020. The two combined replies/responses shall be no more than 35 pages each.

4. Defendants and Intervenor-Defendants shall file replies in support of their cross-motions for summary judgment, if any, by October 19, 2020. The two replies shall be no more than 30 pages each.

AND IT IS SO ORDERED.

_____
David C. Norton
United States District Judge

July 7, 2020
Charleston, South Carolina