**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) <br> ) |
| ANDREW R. WHEELER, *et al.*, | ) <br> )    No. 2:20-cv-01687-DCN |
| Defendants. | ) <br> ) |
| AMERICAN FARM BUREAU FEDERATION, *et al.*, | ) <br> ) <br> ) |
| Intervenor-Defendants. | ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7.03, the Plaintiff conservation groups in this action—South Carolina Coastal Conservation League, Charleston Waterkeeper, American Rivers, Chattahoochee Riverkeeper, Clean Water Action, Defenders of Wildlife, Environment America, Friends of the Rappahannock, James River Association, National Wildlife Federation, North Carolina Coastal Federation, North Carolina Wildlife Federation, Public Employees for Environmental Responsibility, and Roanoke River Basin Association—hereby move for summary judgment on all of their claims.

For the reasons noted in the accompanying memorandum, the U.S. Environmental Protection Agency and the U.S. Army Corps of Engineers flouted the fundamental requirements of the Administrative Procedure Act in adopting the regulation Plaintiffs challenge in this case—

a regulation that imposes unprecedented restrictions on Clean Water Act protections for the Nation's streams, wetlands, lakes, and other waters. See Final Rule, "The Navigable Waters Protection Rule: Definition of 'Waters of the United States,'" 85 Fed. Reg. 22,250 (Apr. 21, 2020) ("Replacement Rule" or "Rule"). Because the Rule undercuts the sole objective of the Clean Water Act, it is also illegal under the Act and Supreme Court precedent.

This Court should accordingly grant summary judgment to Plaintiffs and vacate the challenged Rule. See Fed. R. Civ. P. 56(a) (providing that a "court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law"); 5 U.S.C. § 706(2)(A), (C) (a "reviewing court shall . . . hold unlawful and set aside agency action, findings, and conclusions found to be . . . arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law," or "in excess of statutory jurisdiction, authority, or limitations, or short of statutory right").

Respectfully submitted this the 10th day of July 2020.

s/ J. Blanding Holman IV
D.S.C. Bar No. 9805
bholman@selcsc.org
Southern Environmental Law Center
525 East Bay Street
Charleston, SC 29403
Telephone: (843) 720-5270
Facsimile: (843) 414-7039

s/ Frank S. Holleman III
D.S.C. Bar No. 1911
fholleman@selcnc.org
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516-2356
Telephone: (919) 967-1450
Facsimile: (919) 929-9421

Geoffrey R. Gisler*
ggisler@selcnc.org
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516-2356
Telephone: (919) 967-1450
Facsimile: (919) 929-9421

Kelly F. Moser*
kmoser@selcnc.org
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516-2356
Telephone: (919) 967-1450
Facsimile: (919) 929-9421

3

| | |
|---|---|
| Nicholas S. Torrey* | Leslie A. Griffith* |
| ntorrey@selcnc.org | lgriffith@selcnc.org |
| Southern Environmental Law Center | Southern Environmental Law Center |
| 601 West Rosemary Street, Suite 220 | 601 West Rosemary Street, Suite 220 |
| Chapel Hill, NC 27516-2356 | Chapel Hill, NC 27516-2356 |
| Telephone: (919) 967-1450 | Telephone: (919) 967-1450 |
| Facsimile: (919) 929-9421 | Facsimile: (919) 929-9421 |

*Attorneys for Plaintiffs*

*\*Pro hac vice*