**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, et al., ) ) ) Plaintiffs, ) ) v. ) ) ANDREW R. WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency, et al., ) ) ) ) Defendants. ) ) AMERICAN FARM BUREAU FEDERATION, et al., ) ) ) Intervenor-Defendants. ) ) | No. 2:20-cv-01687-DCN |

Exhibit List

| # | Name | Organization (State of Residence) |
|---|---|---|
| 1 | Declaration of Greg Belcamino, | American Rivers (NY) |
| 2 | Declaration of Robert Irvin | American Rivers (MD) |
| 3 | Declaration of Gerrit Jobsis | American Rivers (SC) |
| 4 | Declaration of Guy Jones | American Rivers (SC) |
| 5 | Declaration of Stephen White | American Rivers (NC) |
| 6 | Declaration of Leif Embertson | American Rivers (WA) |
| 7 | Declaration of Tim Palmer | American Rivers (OR) |
| 8 | Declaration of Timothy Mead | American Rivers (NC) |
| 9 | Declaration of Regan Norris | American Rivers (SC) |
| 10 | Declaration of Luke Pope-Corbett | Charleston Waterkeeper (SC) |

No. 2:20-cv-01687-DCN

EXHIBIT LIST

| # | Name | Organization (State of Residence) |
|---|------|-----------------------------------|
| 11 | Declaration of Andrew Wunderley<br><br>Attachment A: SC Department of Natural Resources Comments on Revised Definition of "Waters of the United States," Docket ID: EPA-HQ-OW-2018-0149 (Apr. 3, 2019) | Charleston Waterkeeper (SC) |
| 12 | Declaration of Alan Kendall | Chattahoochee Riverkeeper (GA) |
| 13 | Declaration of Jason Ulseth | Chattahoochee Riverkeeper (GA) |
| 14 | Declaration of Mina Ruth Stanard, | Clean Water Action (VA) |
| 15 | Declaration of Gary Steinberg | Clean Water Action (MD) |
| 16 | Declaration of Lynn Thorp | Clean Water Action (DC) |
| 17 | Declaration of Ben Prater | Defenders of Wildlife (NC) |
| 18 | Declaration of John William Tate | Defenders of Wildlife (SC) |
| 19 | Declaration of Bryan Bird | Defenders of Wildlife (NM) |
| 20 | Declaration of Brian Sweeney<br><br>Attachment A: NM Game & Fish Dep't, *Native Fishes of the Pecos River New Mexico* | Environment America (NM) |
| 21 | Declaration of Alli Schuch | Environment America (CO) |
| 22 | Declaration of Steven Dayton<br><br>Attachment A: NM Environment Department, *Comments on Proposed Rule Defining Scope of Waters Federally Regulated under the Clean Water Act* (Apr. 15, 2019) | Environment America (NM) |
| 23 | Declaration of John Rumpler | Environment America (MA) |
| 24 | Declaration of Rebecca Hanmer | Friends of the Rappahannock (VA) |
| 25 | Declaration Harold Wiggins | Friends of the Rappahannock (VA) |
| 26 | Declaration of Bryan Hofmann | Friends of the Rappahannock (VA) |

No. 2:20-cv-01687-DCN

EXHIBIT LIST

| # | Name | Organization (State of Residence) |
|---|---|---|
| 27 | Declaration of Manley Fuller | National Wildlife Federation (FL/NC) |
| 28 | Declaration of Jim Lyon | National Wildlife Federation (DC) |
| 29 | Declaration of Alice Fleming Guzick | National Wildlife Federation (SC) |
| 30 | Declaration of John Oliver Fussell, III | National Wildlife Federation (NC) |
| 31 | Declaration of Todd Miller<br><br>Attachment A: UNC Sea Grant College Newsletter (1976);<br><br>Attachment B: NC Division of Coastal Management Wetland Type Descriptions Fact Sheet;<br><br>Attachment C: NC Division of Coastal Management's Online Wetland Mapper;<br><br>Attachment D: NC Division of Coastal Management's Online Wetland Mapper;<br><br>Attachment E: NC Department of Environmental Quality and the Office of the North Carolina Attorney General Comments on Proposed Replacement Rule (Apr. 15, 2019);<br><br>Attachment F: NC Coastal Federation, Coastal Review Article (1999);<br><br>Attachment G: NC Coastal Federation, Coastal Review Article (1999) | North Carolina Coastal Federation (NC) |
| 32 | Declaration of Joanne Powell | North Carolina Coastal Federation (NC) |
| 33 | Declaration of Ryan Bethea<br><br>Attachment A: *No Wetlands, No Seafood*, NC Coastal Federation's Coastal Review, (Feb. 20, 2019) | North Carolina Coastal Federation (NC) |
| 34 | Declaration of Jot Owens | North Carolina Coastal Federation (NC) |

No. 2:20-cv-01687-DCN

EXHIBIT LIST

| # | Name | Organization (State of Residence) |
|---|---|---|
| 35 | Declaration of Robert Brown | North Carolina Wildlife Federation (NC) |
| 36 | Declaration of Tim Gestwicki | North Carolina Wildlife Federation (NC) |
| 37 | Declaration of Billy Anthony Wilson, Jr. | North Carolina Wildlife Federation (NC) |
| 38 | Declaration of Tim Whitehouse | Public Employees for Environmental Responsibility (MD) |
| 39 | Declaration of Matthew Schweisberg | Public Employees for Environmental Responsibility (MA) |
| 40 | Declaration of Shawn Ralston<br><br>Attachment A: VA DEQ letter to the United States Environmental Protection Agency and the U.S. Army Corps of Engineers regarding Proposed Waters of the United States Rule (2019) (April 12, 2019) | James River Association (VA) |
| 41 | Declaration of Ralph Smith | James River Association (VA) |
| 42 | Declaration of Frederick Fisher | James River Association (VA) |
| 43 | Declaration of Kristina Wiggins | Roanoke River Basin Association (NC) |
| 44 | Declaration of Mike Pucci<br><br>Attachment A: Letter from Duke Energy to Ms. Julie Grzyb, Supervisor, NPDES Complex Wastewater Permitting, regarding Roxboro Steam Electric Plant, NPDES Permit NC0003425; Request for Designation as Closed-Cycle Recirculating System (March 29, 2019) | Roanoke River Basin Association (NC) |
| 45 | Declaration of Laura Cantral | South Carolina Coastal Conservation League (SC) |

No. 2:20-cv-01687-DCN

EXHIBIT LIST

| # | Name | Organization (State of Residence) |
|---|------|-----------------------------------|
| 46 | Declaration of Chris Crolley | South Carolina Coastal Conservation League (SC) |
| 47 | Declaration of Jovian Sackett | Southern Environmental Law Center (NC) |
| 48 | S. Rep. No. 414, 92d Cong. 1st Sess. (1972) [excerpts]. | |
| 49 | H.R. Rep. No. 911, 92d Cong. 2d Sess. (1972) [excerpts]. | |
| 50 | S. Conf. Rep. No. 1236, 92d Cong, 2d Sess. (1972) [excerpts]. | |
| 51 | H.R. Conf. Rep. 830, 95th Cong., 1st Sess. (Dec. 5, 1977) [excerpts]. | |
| 52 | Colorado v. EPA, No. 20-cv-1461, 2020 WL 3402325 (D. Colo. June 19, 2020). | |
| 53 | California v. Wheeler, No. 3:20-cv-03005, 2020 WL 3403072 (N.D. Cal. June 19, 2020). | |
| 54 | Puget Soundkeeper All. v. Wheeler, No. C15-1342-JCC, 2018 WL 6169196 (W.D. Wash. Nov. 26, 2018). | |
| 55 | Letter from S. Daniel Smith, Director of the Division of Water Resources of the North Carolina Department of Environment and Natural Resources, to Paul Draovitch, Senior Vice President, Environmental, Health and Safety at Duke Energy Carolinas, LLC, regarding Final NPDES Permit Renewal, and attached NPDES Permit No. NC00003425 (May 29, 2020) [excerpts]. | |
| 56 | Letter from Duke Energy to Ms. Julie Grzyb, Supervisor, NPDES Complex Wastewater Permitting, regarding Roxboro Steam Electric Plant, NPDES Permit NC0003425; Request for Designation as Closed-Cycle Recirculating System (March 29, 2019) | |
| 57 | Letter from Dr. Michael Honeycutt, Chair of the U.S. Environmental Protection Agency Science Advisory Board, to Andrew R. Wheeler, Administrator of the U.S. Environmental Protection Agency, regarding Commentary on the Proposed Rule Defining the Scope | |

No. 2:20-cv-01687-DCN

EXHIBIT LIST

| # | Name | Organization (State of Residence) |
|---|---|---|
|  | of Waters Federally Regulated under the Clean Water Act (Feb. 27, 2020). |  |
| 58 | U.S. Nuclear Regulatory Commission, Generic Environmental Impact Statement for License Renewal of Nuclear Plants, Oconee Nuclear Station, Units 1, 2, and 3 (NUREG-1437 Supplement 2) (last updated Aug. 27, 2015) [excerpts]. |  |
| 59 | NPDES Permit No. NM0028355, Authorization to Discharge under the National Pollutant Discharge Elimination System [excerpts]. |  |
| 60 | California v. Wheeler, No. 3:20-cv-03005, Opp. to Pls. Mot. for Prelim. Inj., Doc. 106 (N.D. Cal. June 1, 2020). |  |
| 61 | S.C. Coastal Conservation League v. Pruitt, No. 2:18-cv-00330 (DCN), Memo. in Opposition to Pls' Mot. for Sum. Jdgmt. and in Support of Defs. Cross-Motion for Sum. Jdgmt., Doc. 62-1 (D.S.C. June 22, 2018). |  |
| 62 | Beck v. McDonald, No. 3:13-cv-999, 2015 WL 13777969, at *9 (D.S.C. Mar. 31, 2015). |  |

6