# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, et al., </br></br>Plaintiffs, </br></br>v. </br></br>ANDREW R. WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency, et al., </br></br>Defendants. </br></br>AMERICAN FARM BUREAU FEDERATION, et al., </br></br>Intervenor-Defendants. | No. 2:20-cv-01687-DCN |

## ORDER

Upon consideration of the parties' Consent Motion to Modify Scheduling Order by Consolidating Plaintiffs' Response and Reply Briefs into a Single Brief, and good cause appearing therefore, IT IS HEREBY ORDERED that the motion is GRANTED, and paragraph 3 of the Court's scheduling order entered July 7, 2020, Doc. 57, is modified to authorize Plaintiffs to file a single consolidated response/reply brief of up to 65 pages. The remainder of the Court's July 7 scheduling order remains in force.

IT IS SO ORDERED.

This the 11th day of September, 2020

David C. Norton
United States District Judge