

**U.S. Department of Justice**

U.S. Attorneys Office – District of South Carolina

---

*Lee E. Berlinksy*
*U.S. Attorneys Office*
*P.O. Box 978*
*Charleston, SC 29402*
*Lee.berlinksy@usdoj.gov*
*Facsimile 843.727.4443*
*Telephone 843.727.4381*

December 23, 2020

**Via CM/ECF Only**

The Honorable David C. Norton
Attn: Ms. Lisa Richberg
U.S. District Judge
U. S. District Court
P.O. Box 835
Charleston, SC 29402

      Re: *South Carolina Coastal Conservation League et al. v. Wheeler et al.*, (2:20-cv-1687 DCN)

Dear Chambers,

      This letter is in follow up to the December 22, 2020 telephonic status conference conducted in *South Carolina Coastal Conservation League et al. v. Wheeler et al.*, (2:20-cv-1687 DCN). We thank you again for giving the parties the opportunity to discuss the future hearing regarding the pending motions for summary judgments filed in this matter.

      In advance of the hearing and for planning purposes, we'd like to know which video conference service the Court expects to use for the hearing. Also, given Plaintiffs' desire to have the hearing as soon as possible and given the Federal Defendants' experience in conducting video conference hearings, the Federal Defendants are happy to offer the Court any IT assistance (to the extent it would help facilitate the hearing on short notice). We have discussed the content of this letter with opposing counsel.

Thank you again and please feel free to email the parties if you have any questions.

                                                PETER M. MCCOY, JR.
                                                UNITED STATES ATTORNEY

                                                By: s/Lee E. Berlinsky
                                                Lee E. Berlinsky  (ID # 05443)
                                                Assistant United States Attorney
                                                151 Meeting Street, Suite 200
                                                Charleston, South Carolina  29401
                                                Telephone: (843) 266-1679
                                                lee.berlinsky@usdoj.gov

December 21, 2020