UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| MICHAEL REGAN,[1] in his official capacity as Administrator of the U.S. Environmental Protection Agency, *et al.*, | ) Case No. 2:20-cv-01687-BHH<br>)<br>)<br>)<br>) |
| Defendants, | )<br>) |
| AMERICAN FARM BUREAU FEDERATION, *et al.*, | )<br>)<br>) |
| Intervenor-Defendants. | ) |

## ORDER

Having considered Defendants' Motion for Voluntary Remand Without Vacatur (ECF No. 140) and the parties' responses thereto, the Court hereby GRANTS the Motion. Accordingly, the Navigable Waters Protection Rule: Definition of "Waters of the United States," 85 Fed. Reg. 22,250 (Apr. 21, 2020) is remanded without vacatur. All other pending motions are hereby denied as moot and this action is dismissed.

**IT IS SO ORDERED.**

/s/Bruce Howe Hendricks
United States District Judge

July 14, 2021
Charleston, South Carolina

---

[1] EPA Administrator Michael Regan is automatically substituted for Andrew Wheeler pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.